| **United States Bankruptcy Court** |
|---|
| **Central District Of California** |

| In re:<br>Miguel A Valles | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 6:09–bk–36536 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule C**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule B**
**Schedule G**
**Statement – Form 22A**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 15 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)     File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

        Chapter 7        1 Original and 1 Copy

**OR**

(2)     File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**
Dated: <u>November 3, 2009</u>

**JON D. CERETTO, CLERK OF COURT**

By: <u>Leticia Isas</u>
    **Deputy Clerk**

deforco – Revised 03/24/2008                                                                                                              **1 / LIG**