**United States Bankruptcy Court**
**Central District Of California**

| In re:<br>Miguel A Valles | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 6:09–bk–36536 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015–2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §§342(b); Local Rule 1002–1(g)]
☒ Statement of Assistance of Non–Attorney or Bankruptcy Petition Preparer. [Local Rule 1002–1(g)]
☒ Verification of Creditor Mailing List. [Local Rule 1007–2(d)]
☒ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Certificate of Credit Counseling as required by §§ 521(b)(1), §§ 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under §§ 109(h)(3), or a request for determination by the court under §§ 109(h)(4).
☒ Statistical Summary of Certain Liabilities
☒ Exhibit D
☒ Debtor's Certification of Employment Income

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. §§ 521] within 30 days from filing of your petition. [Local Rule 1002–1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

        Chapter 7        1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

        3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

| | |
|---|---|
| Dated: <u>November 3, 2009</u> | **JON D. CERETTO, CLERK OF COURT**<br>**By: <u>Leticia Isas</u>**<br>      **Deputy Clerk** |